Affirmed and Memorandum Opinion filed November 13, 2003









Affirmed and Memorandum Opinion filed November 13,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00527-CR

____________

 

MI CHA DEHUES,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the County Criminal
Court at Law No. 4

Harris County, Texas

Trial Court Cause No.
1155712

 



 

M E M O R A N D U M  
O P I N I O N

After a jury trial, appellant was convicted of the offense of
prostitution, and sentenced on April 10, 2003, to 10 days in the Harris County
Jail and a fine of $1000.

On October 16, 2003, this court ordered a hearing to
determine why appellant's counsel had not filed a brief in this appeal.  On November 4, 2003, the trial court
conducted the hearing.  The record of the
hearing was filed in this court on November 7, 2003.

The trial court found appellant has abandoned her appeal
without making the necessary arrangements for filing a brief.








On the basis of those findings, this court has considered the
appeal without briefs.   See Tex. R. App. P. 38.8(b).

The case is before us without a reporter=s record or bill of exception.  We find no fundamental error.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed November 13, 2003.

Panel consists of
Justices Yates, Hudson, and Fowler.

Do Not Publish C Tex. R. App.
P. 47.2(b).